# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| IN RE: STEVEN WAYNE BONILLA, | |
|---|---|
| | No. 2: 18-mc-197 KJM KJN P (ECF Nos. 291, 292, 294, 295.) |
| | **NOTICE AND ORDER RE: FILING BY VEXATIOUS LITIGANT** |

Plaintiff, Steven Wayne Bonilla, has attempted to initiate a new civil action. According to the pre-filing order in Case No. 2:18-cv-2544 JAM KJN P (see ECF No. 13), plaintiff has been identified as a vexatious litigant who is not permitted to initiate any new habeas corpus petitions or civil actions without leave of court so that the court can determine if the new action attempts to obtain relief related to plaintiff's Alameda County conviction, including actions which purport to be against other courts, individuals, or agencies on the ground that they failed to overturn or vacate the Alameda County conviction. The court has reviewed the complaint in accordance with the pre-filing order and finds that:

☐ Plaintiff's action does not attempt to obtain relief related to plaintiff's Alameda County conviction.

☒ Plaintiff's action attempts to obtain relief related to plaintiff's Alameda County conviction.

Accordingly, IT IS HEREBY ORDERED that plaintiff

☐ may file the complaint in the above-referenced matter and the Clerk of the Court is directed to file the complaint and assign a civil case number.

☒ may not file the complaint in the above-referenced matter because it attempts to obtain relief related to plaintiff's Alameda County conviction. The Clerk of the Court is directed to return the complaint to plaintiff.

Dated: August 2, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bonilla.vexscreen(32)